434 F.2d 1033
 BELLA VISTA HOTEL APARTMENTS, INC., Plaintiff-Appellant,
v.
FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC., et al.,
Defendants, Blackwell, Walker & Gray, Appellee.
 No. 29206.
 United States Court of Appeals, Fifth Circuit.
 Dec. 1, 1970.
 
 Melvin T. Boyd, Gerald T. Wetherington, Miami, Fla., for appellant.
 George J. Baya, Miami, Fla., for Fidelity & Guaranty Ins. Underwriters.
 Blackwell, Walker & Gray, Samuel J. Powers, Jr., James E. Tribble, Miami, Fla., for appellee.
 Appeal from the United States District Court for the Southern District of Florida at Miami; Emett C. Choate, Judge.
 Before THORNBERRY, GOLDBERG and AINSWORTH, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966